IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL S. THOMPSON,**

**Plaintiff
Counterclaim Defendant,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant
Counterclaim Plaintiff.**                                           **No.09-1030-DRH**

### ORDER

**HERNDON, Chief Judge:**

  Before the Court is a Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(ii) (Doc. 15) filed by both Plaintiff and Defendant. Specifically, the parties agree to dismiss their claim and counterclaim against each other with prejudice, with each party to bear its own costs. Based on the reasons set forth in the Stipulation, the Court **ACKNOWLEDGES** the Stipulation of Dismissal (Doc. 15) and **DISMISSES with prejudice**, with each party to bear its own costs, including attorney's fees, Plaintiff's claims against Defendant and Defendant/Counterclaim Plaintiff's claims against Plaintiff/Counterclaim Defendant. The clerk to enter

judgment accordingly.

**IT IS SO ORDERED.**

Signed this 3rd day of November, 2010.

David R. Herndon
2010.11.03
15:43:07 -05'00'

**Chief Judge**
**United States District Court**