IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL S. THOMPSON,**

**Plaintiff**
**Counterclaim Defendant,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant**
**Counterclaim Plaintiff.**                                          **No.09-1030-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on a Stipulation for Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) (Doc. 15) filed by both Plaintiff and Defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 4, 2010, this case is **DISMISSED** with prejudice. Each party shall bear its own costs, including attorney's fees, Plaintiff's claims against Defendant and Defendant/Counterclaim Plaintiff's claims against Plaintiff/Counterclaim Defendant.

                                             **NANCY J. ROSENSTENGEL,**
                                             **CLERK OF COURT**


                                             **BY:**   */s/Sandy Pannier*
                                                         **Deputy Clerk**

Dated: November 4, 2010

David R. Herndon
2010.11.04 10:56:42
-05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT